# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1842.  MAGNOLIA ARANZAZU v. THE STATE.**

Magnolia Aranzazu was found guilty of a traffic offense, and the trial court entered sentence on May 22, 2012.  On June 22, 2012, Aranzazu filed a notice of appeal to this Court.  We lack jurisdiction. Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Aranzazu filed her notice of appeal 31 days after entry of the order she seeks to appeal, the appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*